IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASMINE GIBBS,<br><br>        Plaintiff,<br><br>v.<br><br>TRUMP ENTERTAINMENT RESORTS<br>        Abd<br>TRUMP TAJ MAHAL CASINO RESORT<br><br>        Defendants. | CASE NO. _____<br><br>COMPLAINT;<br>DEMAND FOR JURY TRIAL; |

## COMPLAINT

Plaintiff, JASMINE GIBBS, alleges the following against Defendants TRUMP ENTERTAINMENT RESORTS and TRUMP TAJ MAHAL CASINO:

## PARTIES

1. Plaintiff JASMINE GIBBS (hereinafter "Plaintiff") is a citizen and resident domiciled in the Commonwealth of Pennsylvania.

2. Defendant TRUMP ENTERTAINMENT RESORTS is a casino/hotel/resort owner/operator in the State of New Jersey with its principal place of business located at 1000 Boardwalk & Virginia Ave., Atlantic City, New Jersey, 08401, which, at all times relevant hereto, owned and/or operated Trump Taj Mahal Casino Resort.

3. Defendant TRUMP TAJ MAHAL CASINO RESORT (hereinafter "DIOCESE") is a casino/hotel/resort in the State of New Jersey with its principal place of business located at 1000 Boardwalk & Virginia Ave., Atlantic City, New Jersey, 08401.

-1-

## JURISDICTION AND VENUE

4. This action seeks damages in excess of $75,000.00, exclusive of interest and costs. The Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332 in that the amount in controversy in this claim exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

5. Venue is proper in this District under 28 U.S.C. § 1391 in that the defendants each conduct business in New Jersey and are otherwise subject to personal jurisdiction in this judicial district. Additionally, a substantial part of the events and omissions giving rise to this claim occurred in this District.

## COUNT I: NEGLIGENCE

6. Plaintiff incorporates paragraphs 1 through 5 of this Complaint as if fully set forth at length herein.

7. On September 28 2012, Plaintiff was a customer at defendant, Taj Mahal Casino Resort in Atlantic City.

8. While in the process of using and/or being transported on an escalator on the aforementioned date and place the escalator jerked, causing plaintiff to fall forward and sustaining a fracture of the wrist and injury to the knee.

9. The jerking of the escalator was caused and/or permitted to occur due to the negligence and carelessness of the defendants.

10. At all relevant times, upon information and belief, the defendants had inadequate policies and procedures with regard to safe operation/maintenance of the aforementioned escalator.

11. At all relevant times, upon information and belief, the defendants failed to warn plaintiff of any hazards presented by the aforementioned escalator that were either known or should have been known by the defendants.

12. It is believed and averred that the aforementioned accident was recorded on security cameras or other recording devices under the control of the defendants.

13. Plaintiff's injuries necessitated her obtaining medical treatment, caused great pain and suffering, incapacitated her from pursuing her usual activities and have left her with permanent disability into the future and will cause future pain and suffering, disfigurement, dysfunction, and will likely require further medical treatment.

14. As a further result of the negligence and carelessness of the defendants, plaintiff has been caused to expend large sums of money for medical care and treatment and is likely to in the future expend large sums of money for medical care and treatment.

15. As a further result of the injuries and negligence and carelessness of defendants, plaintiff has been and will in the future continue to be deprived of the normal course of enjoyment of her life and full participation of her daily activities and was otherwise damaged.

WHEREFORE, Plaintiff, JASMINE GIBBS, prays that judgment be entered in her favor, and against Defendants, TRUMP ENTERTAINMENT RESORTS and TRUMP TRUMP TAJ MAHAL CASINO RESORT, including, but not limited to, compensatory damages, costs of suit,

reasonable attorney's fees, and such other relief as this Court deems necessary.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial in this action.

DATED: September 25, 2014

_____
Daniel Hartstein, Esq.
457 Haddonfield Rd.
Suite 310
Cherry Hill, NJ
(856) 910-8900
(856) 910-8910 Fax
danhartstein@verizon.net