IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JASMINE GIBBS,<br><br>                    Plaintiff,<br><br>     v.<br><br>TRUMP ENTERTAINMENT RESORTS,<br>INC., et al.,<br><br>                    Defendants. | Civil No. 14-6005 (JHR/JS) |

### ORDER OF ADMINISTRATIVE TERMINATION WITHOUT PREJUDICE

The Court having received notice that the Trump defendants filed a voluntary petition under Chapter 11 of Title 11, Section 362 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware; and the filing of this voluntary petition operating as a stay as to the Trump defendants under 11 U.S.C. §362(a); and good cause existing for the entry of this Order,

IT IS HEREBY ORDERED this 17th day of October, 2014, that this matter is administratively terminated without prejudice to the right of the parties to reopen the proceedings for good cause shown, without costs. Any party requesting to reopen the proceedings shall serve the Court with a letter application.

                              s/ Joel Schneider
                              JOEL SCHNEIDER
                              United States Magistrate Judge